74 F.3d 1227
 Saastopankkien Keskus-Osake-Pankki, (Shopbank), Government
Guarantee Fund of the Republic of Finland, (GGF)
v.
Great Cruz Bay Development Company, Inc., St. John Virgin
Grand Villas Associates, AW Landvest, Inc., Perfect Circle
Investments, Inc., Allen-Williams Corp., David L. Allen,
Herold Williams, Master Mortgage Investment Fund, Inc.,
Dennis Berardi, Eileen Berardi, Monica Boyd-Richards,
Masonry Products V.I. Corp., GHI Hotel Management, Inc.,
Grand Style, Inc., Nicholas
 NOS. 95-7168, 95-7169, 95-7180, 95-7181
 United States Court of Appeals,
Third Circuit.
 Dec 12, 1995
 
 Appeal From: D.V.I., No. 91-00355,
 Brotman, J.
 
 
 1
 AFFIRMED.